UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATHAMBO CHIBAMBO,

    Plaintiff,

v.

LAKESIDE SCHOOL,

    Defendant.

CASE NO. C04-2111L

ORDER STRIKING
DEFENDANT'S "OBJECTIONS"
TO INITIAL DISCLOSURES

    This matter comes before the Court on "Defendant's Objections to Initial Disclosures and Joint Status Report and Discovery Plan." Dkt. # 14. Defendant objects to having to make any disclosures while its motion to dismiss is pending because, if the motion is successful, initial disclosures and the presentation of a discovery plan will be unnecessary.

    Pursuant to the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 9), the parties must conduct a conference under Fed. R. Civ. P. 26(f) by June 7th, exchange initial disclosures by June 14th, and file their joint status report by June 21, 2005. Rather than file a motion or attempt to reach an agreement with plaintiff regarding these dates, defendant filed "objections" to the Court's scheduling order.

ORDER STRIKING DEFENDANT'S "OBJECTIONS"
TO INITIAL DISCLOSURES

1  These objections are not noted on the Court's calendar for consideration and have no effect.
2  The objections are, therefore, STRICKEN and no further action will be taken regarding
3  them.  In addition, the purpose of the initial disclosure requirements is to expedite the
4  discovery process.  Despite defendant's confidence that its recently-filed motion to dismiss
5  will be granted, plaintiff is entitled to the discovery described in Fed. R. Civ. P. 26(a).
6  Unlike litigation under the Private Securities Litigation Reform Act, the rules that apply to
7  this litigation do not contain a provision staying the initial disclosures should a party file a
8  motion for judgment on the pleadings.  Defendant has not met its burden under Fed. R. Civ.
9  P. 26(c) of showing that it conferred with plaintiff to resolve this discovery dispute without
10 Court action or that it is entitled to a protective order prohibiting all discovery in this case.

12         For all of the foregoing reasons, defendant's objections to the Court's
13 scheduling order (Dkt. # 14) are STRICKEN.  Absent an agreement between the parties,
14 initial disclosures shall be made as soon as possible following this Order: the joint status
15 report shall be filed as scheduled on June 21st.

17         DATED this 13th day of June, 2005.

                            _____
                            Robert S. Lasnik
                            United States District Judge

ORDER STRIKING DEFENDANT'S "OBJECTIONS"
TO INITIAL DISCLOSURES                  2