UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATHAMBO CHIBAMBO,

    Plaintiff,

    v.

LAKESIDE SCHOOL,

    Defendant.

CASE NO. C04-2111L

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

This matter comes before the Court on "Defendant's Motion to Dismiss." Dkt. # 12. Defendant argues that plaintiff's federal claim of employment discrimination is untimely and that there is no jurisdictional basis for this Court to hear any asserted state law claims. Plaintiff has not opposed defendant's motion.

Defendant's unopposed motion to dismiss is GRANTED. Plaintiff's federal claim under Title VII is hereby DISMISSED with prejudice. To the extent plaintiff has asserted any state law claims, the Court declines to exercise jurisdiction over those claims now that the federal cause of action has been dismissed. Any state law claims asserted in the complaint are therefore DISMISSED without prejudice.

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS

1        DATED this 18th day of July, 2005.

2

3                                    _____
                                     Robert S. Lasnik
4                                    United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS                            2